AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**11/14/2023**
**Clerk, U.S. District Court**
**Western District of Texas**

By: _____ **_FM_** _____
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:23-M -03661(1) - MAT |
| | § | |
| (1) MIGUEL ANGEL COLINA-CASERES | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 7, 2023** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"The DEFENDANT, Miguel Angel COLINA-Caseres, an alien to the United States and a citizen of Venezuela, entered the United States in the Western District of Texas from the Republic of Mexico by walking across the United States/Mexico International Boundary on November 07, 2023, approximately 3.89 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers."*

Continued on the attached sheet and made a part hereof:          [X] Yes      [ ] No

Sworn to before me,

/s/  Miller, Matthew
Signature of Agent
Border Patrol Agent

November 14, 2023                                    at   EL PASO, Texas
Date                                                      City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE                           Signature of Judge
**OATH TELEPHONICALLY SWORN**
**AT 02:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) MIGUEL ANGEL COLINA-CASERES

FACTS   (CONTINUED)

officers.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE

bel

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

|  |  |  |
|---|---|---|
| | § | |
| USA | § | |
| | § | Case Number:    EP:23-M -03661(1) MAT |
| vs. | § | 8 USC 1325(a)(1) |
| | § | |
| (1) MIGUEL ANGEL COLINA-CASERES | § | |
| *Defendant* | | |

## INITIAL APPEARANCE

On **November 14, 2023**, the defendant appeared in Open Court before **U.S. Magistrate Judge MIGUEL A. TORRES.**  The defendant affirmed being the person named in the charging document.

**The defendant was advised as follows:**

1)      The nature of the charge against him/her;

2)      The right to retain counsel or to request the assignment of counsel if he/she is unable to obtain counsel;

3)      That he/she is not required to make any statement and that any statement he/she makes may be used against him/her;

4)      The right to a preliminary examination if not indicted;

5)      The right to consideration of bail;

6)      The right to have the government or a federal law enforcement official notify a consular officer from his/her home country of nationality of the arrest.

**Attorney**

( X )    Counsel Appointed / Retained:  **CJA    Priddy, Sara E.**

**Next Hearing Date/Time: Before U.S. Magistrate Miguel A. Torres**

( X )    **STATUS CONFERENCE / DETENTION HEARING    November 21, 2023**  at  **02:00 PM**

        **525 Magoffin Avenue, El Paso, TX 79901      Magistrate Courtroom, Room 712**

**Bond**

( X )    No Bond Set.  Temporary Detention Ordered. Detained on Court's Motion.

**Interpreter Needed:              Interpreter:Spanish          Record FTR Gold**

**Time:      02:39 p.m.  -  03:09 p.m. =  00 Minutes      Arrest Date:** _____

                                                        El Paso County

Arresting Agency:  El Paso Sector Border Patrol - Miller, Matthew
Courtroom Deputy: Fidel Morales - (915) 834-0504
Interpreter: T. Saenz

# United States District Court
## Western District of Texas
## El Paso Division

| | |
|---|---|
| UNITED STATES OF AMERICA | §<br>§ |
| | § No: EP:23-M -03661(1) |
| vs. | §<br>§ |
| (1) MIGUEL ANGEL COLINA-CASERES | §<br>§<br>§ |

*Defendant*

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Sara E. Priddy, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 14th day of November, 2023.


_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | **Case Number:  EP:23-M -03661(1)** |
| | § | |
| **(1) MIGUEL ANGEL** | § | |
| **COLINA-CASERES** | | |

**ORDER SETTING STATUS CONFERENCE / DETENTION HEARING**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **STATUS CONFERENCE / DETENTION HEARING**, November 21, 2023 at 02:00 PM in **Magistrate Courtroom, Room 712on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX.**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L.No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating the Order, which may include sanctions such as delay of trial or other proceedings, the exclusions of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or finding in contempt.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **11/14/2023.**


_____
**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  EP:23-M -03661(1) MAT |
| | § | |
| (1) MIGUEL ANGEL COLINA-CASERES | § | |

## ORDER OF TEMPORARY DETENTION

Under 18 U.S.C. §§ 3142(d)(1)(B) and 3142(d)(2), I find that the defendant "is not a citizen of the United States or lawfully admitted for permanent residence…[and] may flee." Accordingly, unless a component of the Department of Homeland Security arrested the defendant, the attorney for the government is directed to notify the appropriate immigration authorities, and notification via email suffices. The preliminary and detention hearings are set for November 21, 2023.

SO ORDERED.

**SIGNED AND ENTERED** on **November 14, 2023**.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE