(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**
**11/21/2023**
Clerk, U.S. District Court
Western District of Texas

By: _____*FM*_____
**Deputy**

UNITED STATES OF AMERICA §
§ CASE NUMBER: EP:23-M-03661(1) - MAT
vs. § USM Number:
§
(1) MIGUEL ANGEL COLINA-CASERES §

    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Miguel Angel Colina-Caseres, was represented by counsel, Sara E. Priddy.

The defendant pled guilty to the complaint on November 21, 2023. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | November 07, 2023 |

As pronounced on November 21, 2023, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 21st day of November, 2023.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

# MISDEMEANOR ARRAIGNMENT/PLEA AND SENTENCING
## UNITED STATES MAGISTRATE JUDGE, MIGUEL A. TORRES
## WESTERN DISTRICT OF TEXAS
## EL PASO - DIVISION

**DATE :** 11/21/2023

**AUSA :** Micaela Glass

**CASE # :** EP:23-M -03661(1)MAT

**CRD :** Fidel Morales

**TIME :** 0 Minutes: 2:22 pm - 2:56 pm

**INTERPRETER:** YES - Spanish - B. Espinosa

ELECTRONIC RECORDING

**Defendant's Name :**

**Attorney for Defendant :**

#1 Miguel Angel Colina-Caseres

#1 [CJA] Sara E. Priddy

| PROCEEDINGS | DFT NO. : | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| [X] Misdemeanor arraignment held Defendant appears with counsel | | [X] | [ ] | [ ] | [ ] |
| [ ] Misdemeanor arraignment continued: | | [ ] | [ ] | [ ] | [ ] |
| [X] Defendant entered plea of GUILTY    COMPLAINT | | [X] | [ ] | [ ] | [ ] |
| [ ] Defendant entered plea of NOT GUILTY | | [ ] | [ ] | [ ] | [ ] |
| [ ] Bench trial set | | [ ] | [ ] | [ ] | [ ] |
| [X] ORAL/Consent to Magistrate jurisdiction | | [X] | [ ] | [ ] | [ ] |
| [X] Court accepts guilty plea | | [X] | [ ] | [ ] | [ ] |
| [X] Sentencing held | | [X] | [ ] | [ ] | [ ] |

(1) term of imprisonment: Time served

(2) term of probation : -0-

(3) fine: $-0-

(4) special assessment : $10.00    REMITTED [X]    NOT REMITTED [ ]

| | | | | | |
|---|---|---|---|---|---|
| [ ] Sentencing set: | | [ ] | [ ] | [ ] | [ ] |
| [X] Judgment and commitment entered | | [X] | [ ] | [ ] | [ ] |
| [ ] Felony complaint dismissed | | [ ] | [ ] | [ ] | [ ] |

**OTHER :** Oral waiver of detention. Oral motion by the government to remit $10.00 S/A. Oral order granting motion by the court.